1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

SHANE JOSEPH GEESEY,

10

Plaintiff,

11

v.

12

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security

13

Administration, [1]

14

Defendant.

15

16

17

18

19

20

21

22

23

24

CASE NO. 12-cv-05851 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF

No. 23), and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42

U.S.C. § 405(g) to the Administration for further consideration; and

_____

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February
14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is
substituted for Michael J. Astrue as the defendant in this suit.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1       (3)     The Clerk is directed to enter Judgment and close this case.

2       Dated this 18th day of March, 2013.

3

4       _____
        RONALD B. LEIGHTON
5       UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2