UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Shane Geesey,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Carolyn Colvin, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant | Case No.:  3:12-cv-05851-RBL-JRC<br><br>ORDER FOR EAJA FEES |

### **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's Attorney by Plaintiff, it is hereby ORDERED that EAJA attorney's fees of $5933.53 shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, 552 U.S. 1193 (2010) and delivered to Plaintiff's attorney, M. Lynn Greiner; however,

Order for EAJA Fees   Shane Geesey,  page 1
3:12-cv-05851-RBL-JRC

CHIHAK & ASSOCIATES
801 Second Ave, Suite 1150
Seattle, WA 98104
(206) 838-3320, Fax: (206) 838-3324

2. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees directly to M. Lynn Greiner.

DATED this 22nd day of May, 2013.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
s/Lynn Greiner
Lynn Greiner, WSBA # 13341
Chihak & Associates
Attorney for Plaintiff

Approved for Entry:
s/Lynn Greiner (signed per authorization)
Christopher J. Brackett
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees   Shane Geesey,  page 2
3:12-cv-05851-RBL-JRC

CHIHAK & ASSOCIATES
801 Second Ave, Suite 1150
Seattle, WA 98104
(206) 838-3320, Fax: (206) 838-3324